**Order entered May 6, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-20-00290-CR**
**No. 05-20-00292-CR**

**JAMES ARNAZ RANDLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-30614-P & F17-30615-P**

**ORDER**

Appellant's notices of appeal were timely filed in the trial court on June 4, 2018, but for unknown reasons, were not forwarded to this Court until March 3, 2020. According to the docketing statement, the reporter's record was requested on February 19, 2020. To date, the reporter's record has not been filed, and we have had no communication from court reporter Debi Harris.

We **ORDER** court reporter Debi Harris to file the complete reporter's record in these appeals within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Raquel Jones, Presiding Judge, 203rd Judicial District Court; Debi Harris, court reporter; Crystal Brown, official court reporter, 203rd Judicial District Court; and counsel for all parties.

/s/    LANA MYERS
       JUSTICE